UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE:                                    )    CASE NO. 11-81817 - TRC
                                          )    CHAPTER 13
CHARLES D. RIDLEY                         )
                                          )

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, William Mark Bonney, files this Notice of Final Cure Payment to the Creditor listed below that the amount required to complete the term of the plan has been received by the Trustee.

**Name of Creditor**: M&T BANK

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 7-1 | XXXXX3017 | $0.00 | $0.00 | $689.75 |
| | Direct Amount Paid by Debtor | | | $0.00 |
| | Total Amount Paid by Trustee | | | $689.75 |
| 7-1 | XXXXX3017 | $6177.11 | $6177.11 | $6177.11 |
| | Direct Amount Paid by Debtor | | | $0.00 |
| | Total Amount Paid by Trustee | | | $6177.11 |
| 7-1 | XXXXX3017 | $57843.09 | $57843.09 | $31794.47 |
| | Direct Amount Paid by Debtor | | | $0.00 |
| | Total Amount Paid by Trustee | | | $31794.47 |

**Monthly ongoing Mortgage Payment**

Mortgage is Paid:

**691.08**  Through the Chapter 13 Conduit           **0.00**  Direct by the Debtor(s)

The loan was contractually due for November, 2015 as of the final Trustee Payment.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

s/ William Mark Bonney
William Mark Bonney, Trustee OBA #12221
Office of the Standing Chapter 13 Trustee
P.O. Box 1548
Muskogee, OK 74402-1548
Tele: (918)683-3840
Fax:  (918)683-3302
trustee@edok13.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 15 day of October , 2015.

CHARLES D. RIDLEY
PO BOX 1177
19220 SOUTH 211TH EAST AVE
HASKELL, OK. 74436


Greggory T. Colpitts & Assoc., P.C.
The Colpitts Law Firm
6506 South Lewis, Suite 175
Tulsa, OK. 74136-

M&T BANK
ATTN: PAYMENT PROCESSING
POB 1288
BUFFALO, NY. 14240-0840


| | |
|---|---|
| October 15, 2015 | /s/ William Mark Bonney |
| | William Mark Bonney, Trustee OBA #12221 |
| | Office of the Standing Chapter 13 Trustee |
| | P.O. Box 1548 |
| | Muskogee, OK 74402-1548 |
| | Tele: (918)683-3840 |
| | Fax: (918)683-3302 |
| | trustee@edok13.com |